AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| V. | ) Case: 1:24-mj-00265 |
| Hal Ray Huddleston | ) Assigned to: Judge Upadhyaya, Moxila A. |
| DOB:XXXXXX | ) Assign Date: 8/21/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant, in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder; |
| 18 U.S.C. § 1752(a)(1) | Entering or Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | Disorderly or Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly or Disruptive Conduct in the Capitol Buildings and Grounds; |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

See attached statement of facts.

N Continued on the attached sheet.

_____
Complainant's signature

_____, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/21/2024__    _____
Judge's signature

City and state: __Washington, D.C.__    Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title